# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

US BANK NATIONAL ASSOCIATION                                           PLAINTIFF

v.                          Case No. 2:18-cv-00089 KGB

BULL MOTOR COMPANY                                                    DEFENDANT

## ORDER

The parties in this matter attended a settlement conference before United States Magistrate Judge Beth Deere and reached a full and final settlement of all claims (Dkt. 39). Therefore, this case is removed from the trial calendar for the week of November 4, 2019. The Court will dismiss this action after the parties file a joint motion for dismissal or stipulation of dismissal.

It is so ordered this 28th day of October 2019.

_____
Kristine G. Baker
United States District Court Judge